FILED
SUPERIOR COURT
OF GUAM

2023 JUN -1 PM 3: 22

CLERK OF COURT

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,** | **Criminal Case No. CF0563-22** |
| | GPD Report Nos. 22-22669 / 22-22688 |
| v. | |
| **MALCOLM VERNON CRUZ,** | **DECISION AND ORDER** |
| DOB: 03/22/1981 | **GRANTING PEOPLE'S MOTION** |
| | **TO ADMIT RULE 413 EVIDENCE** |
| Defendant. | |

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on May 16, 2023 for hearing on the People of Guam's ("the People's") Motion to Admit Rule 413 Evidence ("Motion"). Assistant Attorney General Christine Tenorio represents the People, and Attorney Terrance Timblin represents Defendant. Having duly considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order and **GRANTS** the People's Motion.

## BACKGROUND

Defendant stands indicted on First Degree Criminal Sexual Conduct (as a 1st Degree Felony), two counts of Second Degree Criminal Sexual Conduct (as a 1st Degree Felony), and Fourth Degree Criminal Sexual Conduct (as a 3rd Degree Felony). See Indictment (Sep. 15, 2022). The alleged conduct involves fellatio and touching of the primary genital areas of two young male minors. Id.

On April 3, 2023, the People filed their Motion to Admit Rule 413 Evidence. The People ask to admit evidence of Defendant's prior convictions in CF0124-02, where Defendant was convicted of Second Degree Criminal Sexual Conduct (as a 1st Degree Felony) and Third Degree Criminal Sexual Conduct (as a 2nd Degree Felony). See Motion at 1 (Apr. 3, 2023). Those convictions involve fellatio and sexual penetration with two young male minors. See CF0124-02 Judgment (Dec. 12, 2003).

Defendant does not oppose the People's Motion. See Court Minutes (May 16, 2023).

Decision and Order Granting People's Motion to Admit Rule 413 Evidence
CF0563-22, *People of Guam v. Malcolm Vernon Cruz*
Page 1 of 3

The Court held a hearing on May 16, 2023. After hearing the arguments of the parties, the Court took the matter under advisement.

## DISCUSSION

### I. Relevant Rules:

Generally speaking, "evidence of other crimes, wrongs, or acts is not admissible to prove the character of a person in order to show that he acted in conformity therewith." See GRE Rule 404(b).

However, GRE Rule 413 creates a superseding exception to Rule 404(b). Under GRE Rule 413:

> In a criminal case in which the defendant is accused of an offense of criminal sexual conduct, evidence of the defendant's commission of another offense or offenses of criminal sexual conduct is admissible, and may be considered for its bearing on any matter to which it is relevant.

See GRE Rule 413(a). Evidence admitted under GRE Rule 413 may be used "to infer the defendant's propensity to commit the charged acts." See *People v. Ehlert*, 2019 Guam 3 ¶ 23 (internal citations omitted).

All evidence is subject to the balancing test under GRE Rule 403 before it may be admitted. Under GRE Rule 403, "although relevant, evidence may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence." See GRE Rule 403.

### II. Application:

Here, the Defendant's prior convictions in CF0124-02 qualify as evidence of Defendant's commission of other offenses of criminal sexual conduct. See GRE Rule 413(d)(1). Therefore, they may be admitted to infer Defendant's propensity to commit the currently charged acts subject to GRE Rule 403's balancing test.

Here, the probative value of such evidence is extremely high. The convictions in CF0124-02 involve similarly aged minors of the same gender as the current alleged victims.

Decision and Order Granting People's Motion to Admit Rule 413 Evidence
CF0563-22, *People of Guam v. Malcolm Vernon Cruz*
Page 2 of 3

This shows that Defendant has the capability of committing similar sex crimes against young victims. The prior convictions also involve conduct not long before when the currently alleged abuse started. Because the probative value of such evidence is so high, it is not substantially outweighed by any danger of unfair prejudice, confusion of the issues, or any other factors listed in GRE Rule 403.

## CONCLUSION

For the reasons stated above, the Court **GRANTS** the People's Motion. Evidence of Defendant's prior convictions in CF0124-02 may be admitted in order to show Defendant's propensity to commit the currently charged acts.

**IT IS SO ORDERED** this ___May 22, 2023_____.



_____
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

Decision and Order Granting People's Motion to Admit Rule 413 Evidence
CF0563-22, *People of Guam v. Malcolm Vernon Cruz*
Page 3 of 3